# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 24-2907

_____

Marcellus S. Williams

Petitioner - Appellant

v.

David Vandergriff

Respondent - Appellee

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:05-cv-01474-RWS)

---

## JUDGMENT

Before COLLOTON, Chief Judge, SHEPHERD, and KELLY, Circuit Judges.

In accordance with the Court's order dated September 21, 2024, the application for a certificate of appealability is denied. The appeal is dismissed.

September 21, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Maureen W. Gornik