# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2907

Marcellus S. Williams

Appellant

v.

David Vandergriff

Appellee

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:05-cv-01474-RWS)

---

## MANDATE

In accordance with the Court's order and judgment of September 21, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 22, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit